APPEAL,CAP,CAT A,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:24−cr−00436−TSC−1

Case title: USA v. WROBLEWSKI

Magistrate judge case number: 1:24−mj−00077−RMM

Date Filed: 09/26/2024

Assigned to: Judge Tanya S. Chutkan

**Defendant (1)**

| | | |
|---|---|---|
| **MARK CHRISTIAN WROBLEWSKI** | represented by | **Jeremy D. Warren**<br>WARREN & BURSTEIN<br>501 West Broadway<br>Ste 240<br>San Diego, CA 92101<br>619−234−4433<br>Fax: 619−234−4433<br>Email: jw@wabulaw.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building<br>(1) | DISMISSED WITHOUT PREJUDICE. |
| 40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building<br>(2) | DISMISSED WITHOUT PREJUDICE. |

**Highest Offense Level (Opening)**

Misdemeanor

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:1752(a)(1), 18:1752(a)(2), 40:5104(e)(2)(D) and 40:5104(e)(2)(G) | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Jason Manning** |
| | | DOJ–CRM |
| | | Criminal Division, Fraud Section |
| | | 1400 New York Avenue NW |
| | | Washington, DC 20005 |
| | | 202–514–6256 |
| | | Email: jason.manning@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant U.S. Attorney* |
| | | |
| | | **Jennifer Leigh Blackwell** |
| | | US ATTORNEY GENERAL'S OFFICE/DC |
| | | 555 4th Street, N.W. |
| | | Washington, DC 20530 |
| | | (202) 803–1590 |
| | | Email: jennifer.blackwell3@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Nathaniel Karl Whitesel** |
| | | USAO |
| | | 601 D Street NW |
| | | Washington, DC 20530 |
| | | 202–252–7759 |
| | | Email: nathaniel.whitesel@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant U.S. Attorney* |
| | | |
| | | **Patrick C Holvey** |
| | | U.S. ATTORNEY'S OFFICE |

Criminal Division  
601 D St NW  
Washington, DC 20530  
202–252–7224  
Email: patrick.holvey@usdoj.gov  
*TERMINATED: 01/10/2025*  
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/29/2024 | 1 | SEALED COMPLAINT as to MARK CHRISTIAN WROBLEWSKI (1). (Attachments: # 1 Redacted Statement of Facts) (zljn) [1:24–mj–00077–RMM] (Entered: 03/01/2024) |
| 02/29/2024 | 3 | MOTION to Seal Case by USA as to MARK CHRISTIAN WROBLEWSKI. (Attachments: # 1 Text of Proposed Order)(zljn) [1:24–mj–00077–RMM] (Entered: 03/01/2024) |
| 02/29/2024 | 4 | ORDER granting 3 Motion to Seal Case as to MARK CHRISTIAN WROBLEWSKI (1). Signed by Magistrate Judge Robin M. Meriweather on 02/29/2024. (zljn) [1:24–mj–00077–RMM] (Entered: 03/01/2024) |
| 07/21/2024 |  | Arrest of MARK CHRISTIAN WROBLEWSKI in California. (zljn) [1:24–mj–00077–RMM] (Entered: 07/29/2024) |
| 07/21/2024 | 5 | Arrest Warrant, dated 02/29/2024, Returned Executed on 07/21/2024 as to MARK CHRISTIAN WROBLEWSKI. (zljn) [1:24–mj–00077–RMM] (Entered: 07/29/2024) |
| 07/21/2024 |  | Case unsealed as to MARK CHRISTIAN WROBLEWSKI (zljn) [1:24–mj–00077–RMM] (Entered: 07/29/2024) |
| 07/30/2024 |  | MINUTE ORDER as to MARK CHRISTIAN WROBLEWSKI: It is hereby ORDERED that Defendant appear for an initial appearance on 8/8/2024 at 12:30 p.m. EST before Magistrate Judge Zia M. Faruqi. The hearing will be conducted by video teleconference; call–in instructions will be provided to counsel prior to the hearing. Counsel for the United States is directed to ensure that counsel for Defendant has received this Order and will provide the information to Defendant. If Defendant does not have counsel, counsel for the United States is directed to contact the Office of the Federal Public Defender for the District of Columbia and provide their office with the information contained in this Order. If the parties have questions about this Order or the scheduled hearing, please contact the Courtroom Deputy at 202–354–3173. So Ordered by Magistrate Judge Zia M. Faruqi on 7/30/2024. Signed by Magistrate Judge Zia M. Faruqi on 7/30/2024. (znjb) [1:24–mj–00077–RMM] (Entered: 07/30/2024) |
| 08/02/2024 | 9 | Rule 5(c)(3) Documents Received as to MARK CHRISTIAN WROBLEWSKI from United States District Court for the Southern District of California (San Diego) Case Number 3:24–mj–02756 (zstd) [1:24–mj–00077–RMM] (Entered: 08/16/2024) |
| 08/08/2024 |  | ORAL MOTION to Appoint Counsel by MARK CHRISTIAN WROBLEWSKI. (znjb) [1:24–mj–00077–RMM] (Entered: 08/08/2024) |
| 08/08/2024 |  | ORAL MOTION for Speedy Trial by USA as to MARK CHRISTIAN WROBLEWSKI. (znjb) [1:24–mj–00077–RMM] (Entered: 08/08/2024) |

| | | |
|---|---|---|
| 08/08/2024 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: First Appearance in the District as to MARK CHRISTIAN WROBLEWSKI held on 8/8/2024. Defendant present by video. The Court advised the Government of its Due Process Obligations under Rule 5(f). Oral Motion to Appoint Counsel as to MARK CHRISTIAN WROBLEWSKI; heard and granted. Jeremy Warren appointed Nunc Pro Tunc to 8/2/2024. Oral Motion by the Government for Speedy Trial as to MARK CHRISTIAN WROBLEWSKI; heard and granted. Speedy Trial Excluded between 8/8/2024 to 10/10/2024 in the Interest of Justice (XT). Defendant waives right to Preliminary Hearing. Status Hearing set for 10/10/2024 at 1:00 PM by Telephonic/VTC before Magistrate Judge G. Michael Harvey. Bond Status of Defendant: Defendant Released on Personal Recognizance; Court Reporter: FTR−GOLD; FTR Time Frame: CRTM 4: [1:15:32−1:24:24]; Defense Attorney: Jeremy Warren; US Attorney: Jason Manning; Pretrial Officer: Britney Dahlkoetter. (znjb) [1:24−mj−00077−RMM] (Entered: 08/08/2024) |
| 08/08/2024 | | MINUTE ORDER as to MARK CHRISTIAN WROBLEWSKI: As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge Zia M. Faruqui on 8/8/2024. (znjb) [1:24−mj−00077−RMM] (Entered: 08/08/2024) |
| 08/08/2024 | 8 | ORDER Setting Conditions of Release as to MARK CHRISTIAN WROBLEWSKI (1) Personal Recognizance. Signed by Magistrate Judge Zia M. Faruqui on 8/8/2024. (Attachment: #1 Appearance Bond) (znjb) [1:24−mj−00077−RMM] (Entered: 08/09/2024) |
| 09/25/2024 | 10 | NOTICE OF ATTORNEY APPEARANCE Patrick C Holvey appearing for USA. (Holvey, Patrick) [1:24−mj−00077−RMM] (Entered: 09/25/2024) |
| 09/26/2024 | 11 | INFORMATION as to MARK CHRISTIAN WROBLEWSKI (1) count(s) 1, 2. (zstd) (Entered: 09/26/2024) |
| 09/27/2024 | | MINUTE ORDER: The hearing currently scheduled for 10/10/2024 before Magistrate Judge G. Michael Harvey is hereby VACATED, as MARK CHRISTIAN WROBLEWSKI: has had an initial appearance in this jurisdiction and has been charged by Information. As such, there are no pending matters necessitating action by a magistrate judge. The parties are directed to contact the assigned District Judge to schedule a status hearing and arraignment, if one has not yet been set. The parties are instructed to address any requests to toll the Speedy Trial Act to the assigned District Judge. Signed by Magistrate Judge Zia M. Faruqui on 9/27/2024. (znjb) (Entered: 09/27/2024) |
| 09/27/2024 | | Terminate Deadlines and Hearings as to MARK CHRISTIAN WROBLEWSKI: Status Hearing set for 10/10/2024 at 1:00 PM by Telephonic/VTC before Magistrate Judge G. Michael Harvey is hereby VACATED. (znjb) (Entered: 09/27/2024) |
| 10/03/2024 | | NOTICE OF HEARING as to MARK CHRISTIAN WROBLEWSKI: Arraignment and Change of Plea set for 10/22/2024 at 1:00 PM by Telephonic/VTC before Judge Tanya S. Chutkan. (zcll) (Entered: 10/03/2024) |
| 10/03/2024 | 13 | Joint MOTION to Exclude *Time Under Speedy Trial Act* by USA as to MARK CHRISTIAN WROBLEWSKI. (Attachments: # 1 Text of Proposed Order)(Holvey, Patrick) (Entered: 10/03/2024) |

| | | |
|---|---|---|
| 10/04/2024 | | MINUTE ORDER as to MARK WROBLEWSKI: GRANTING 13 Joint Motion to Exclude Time Under Speedy Trial Act. The court finds that the interests of justice outweigh the interests of Defendant and the public in a speedy trial and will toll time from September 26, 2024, through and including October 22, 2024. Signed by Judge Tanya S. Chutkan on 10/4/2024. (zcll) (Entered: 10/04/2024) |
| 10/21/2024 | | NOTICE OF HEARING as to MARK CHRISTIAN WROBLEWSKI Arraignment/Change of Plea scheduled for 10/22/2024 at 1:00PM is hereby RESET for 10/22/2024 at 11:00 AM by Telephonic/VTC before Judge Tanya S. Chutkan. (Note: Change in time ONLY)(zcll) (Entered: 10/21/2024) |
| 10/22/2024 | | Minute Entry for proceedings held before Judge Tanya S. Chutkan: Arraignment and Plea Agreement Hearing as to MARK CHRISTIAN WROBLEWSKI held via videoconference on 10/22/2024. Defendant arraigned on Counts 1, 2 of the Information. Defendant entered a plea of Guilty as to Counts 1, 2. REFERRAL TO PROBATION OFFICE for Presentence Investigation. Sentencing Memoranda due by 1/9/2025. Sentencing set for 1/16/2025 at 12:00 PM by VTC before Judge Tanya S. Chutkan. Bond Status of Defendant: Personal Recognizance; Court Reporter: Bryan Wayne; Defense Attorney: Jeremy D. Warren; US Attorney: Patrick C. Holvey. (hmc) (Entered: 10/22/2024) |
| 10/22/2024 | 15 | PLEA AGREEMENT as to MARK CHRISTIAN WROBLEWSKI. (hmc) (Entered: 10/22/2024) |
| 10/22/2024 | 16 | STATEMENT OF OFFENSE by USA, MARK CHRISTIAN WROBLEWSKI as to MARK CHRISTIAN WROBLEWSKI. (hmc) (Entered: 10/22/2024) |
| 10/22/2024 | 17 | WAIVER of Trial by Jury as to MARK CHRISTIAN WROBLEWSKI. Approved by Judge Tanya S. Chutkan on 10/22/2024. (hmc) (Entered: 10/22/2024) |
| 11/15/2024 | 18 | NOTICE OF ATTORNEY APPEARANCE: Jeremy D. Warren appearing for MARK CHRISTIAN WROBLEWSKI *(submitted at request of CJA clerk for billing purposes)* (Warren, Jeremy) (Entered: 11/15/2024) |
| 01/09/2025 | 23 | SENTENCING MEMORANDUM by USA as to MARK CHRISTIAN WROBLEWSKI (Holvey, Patrick) (Entered: 01/09/2025) |
| 01/10/2025 | 24 | SENTENCING MEMORANDUM by MARK CHRISTIAN WROBLEWSKI (Warren, Jeremy) (Entered: 01/10/2025) |
| 01/10/2025 | 25 | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Whitesel, Nathaniel Karl added. Substituting for attorney Patrick Holvey (Whitesel, Nathaniel) (Entered: 01/10/2025) |
| 01/16/2025 | | MINUTE ORDER as to MARK CHRISTIAN WROBLEWSKI: The Sentencing scheduled for 1/16/2025 is hereby VACATED. The Court will reach out to parties with regards to rescheduling. Signed by Judge Tanya S. Chutkan on 1/16/2025. (zcll) (Entered: 01/16/2025) |
| 01/16/2025 | | NOTICE OF HEARING as to MARK CHRISTIAN WROBLEWSKI Sentencing set for 2/4/2025 at 1:00 PM by Telephonic/VTC before Judge Tanya S. Chutkan. (zcll) (Entered: 01/16/2025) |
| 01/21/2025 | 27 | ENTERED IN ERROR..... MOTION to Dismiss Case by USA as to MARK CHRISTIAN WROBLEWSKI. (Attachments: # 1 Text of Proposed Order)(Whitesel, Nathaniel) Modified on 1/22/2025 (zstd). (Entered: 01/21/2025) |

5

| | | |
|---|---|---|
| 01/22/2025 | | NOTICE OF ERROR as to MARK CHRISTIAN WROBLEWSKI regarding 27 MOTION to Dismiss Case . The following error(s) need correction: Invalid attorney signature– signature on document must match PACER login. Please refile. (zstd) (Entered: 01/22/2025) |
| 01/22/2025 | 28 | MOTION to Dismiss Case by USA as to MARK CHRISTIAN WROBLEWSKI. (Attachments: # 1 Text of Proposed Order)(Blackwell, Jennifer) (Entered: 01/22/2025) |
| 01/22/2025 | 29 | ORDER GRANTING in part, DENYING in part the Government's 28 Motion to Dismiss. The case is DISMISSED without prejudice. All scheduled proceedings and deadlines are VACATED. Signed by Judge Tanya S. Chutkan on 1/22/2025. (zcll) (Entered: 01/22/2025) |
| 01/22/2025 | | Terminate Deadlines and Hearings as to MARK CHRISTIAN WROBLEWSKI. (zcll) (Entered: 01/22/2025) |
| 02/05/2025 | 30 | MOTION to Dismiss Case *with prejudice* by MARK CHRISTIAN WROBLEWSKI. (Warren, Jeremy) (Entered: 02/05/2025) |
| 02/06/2025 | | Minute Order as to MARK CHRISTIAN WROBLEWSKI: Given that the Court has already dismissed this action and there are no pending charges against Mr. Wroblewski, Defendant's 30 Motion to Dismiss Case with prejudice is hereby DENIED as MOOT. Signed by Judge Tanya S. Chutkan on 2/6/2025. (zcll) (Entered: 02/06/2025) |
| 02/06/2025 | 31 | NOTICE OF APPEAL – Final Judgment by MARK CHRISTIAN WROBLEWSKI Fee Status: No Fee Paid. Parties have been notified. (Warren, Jeremy) (Entered: 02/06/2025) |

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 24cr436-TSC |
| ) | |
| Mark Chrstian Wroblewski ) | |

## NOTICE OF APPEAL

Name and address of appellant:  Mark Wroblewski
2748 Tanager Avenue
Commerce, CA  90040

Name and address of appellant's attorney:  Jeremy Warren
501 West Broadway, Suite 240
San Diego, CA  92101

Offense:  40 U.S.C. § 5104(e)(2)(D) and (G)

Concise statement of judgment or order, giving date, and any sentence:

We are appealing the judgment granting in part, and denying in part, the government's motion to dismiss with prejudice under Rule 48(a) of the Federal Rules of Criminal Procedure.  The order denying our request to dismiss with prejudice was entered on February 6, 2025.

Name and institution where now confined, if not on bail:  not applicable

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

**February 6, 2025**
DATE

APPELLANT

s/ Jeremy Warren
ATTORNEY FOR APPELLANT

| | |
|---|---|
| GOVT. APPEAL, NO FEE | ☐ |
| CJA, NO FEE | ✔ |
| PAID USDC FEE | ☐ |
| PAID USCA FEE | ☐ |

| | | |
|---|---|---|
| Does counsel wish to appear on appeal? | YES ✔ | NO ☐ |
| Has counsel ordered transcripts? | YES ☐ | NO ✔ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | YES ☐ | NO ✔ |

7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **MARK CHRISTIAN WROBLEWSKI**, <br><br> Defendant. | Criminal Action No. 24-CR-436 (TSC) |

## ORDER

The Government's Motion to Dismiss the Indictment pursuant to Federal Rule of Criminal Procedure 48(a), ECF No. 28, is GRANTED in part and DENIED in part.

The Government's only stated reason for pursuing dismissal with prejudice is that the President, in addition to pardoning the Defendant, has ordered the Attorney General to do so. *See* Gov't's Mot. at 1, ECF No. 28 (citing Unnumbered Proclamation, __ Fed. Reg. __ (Jan. 20, 2025).[1] The Court does not discern—and neither party has identified—any defect in either the legal merits of, or the factual basis for, the Government's case. Indeed, while a pardon exercises the Executive's "exclusive authority and absolute discretion to decide whether to prosecute a case," *United States v. Nixon*, 418 U.S. 683, 693 (1974), it "does not necessarily render 'innocent' a defendant of any alleged violation of the law," *United States v. Flynn*, 507 F. Supp. 3d 116, 136 (D.D.C. 2020).

More broadly, no pardon can change the tragic truth of what happened on January 6, 2021. On that day, "a mob professing support for then-President Trump violently attacked the

---

[1] *Available at* https://www.whitehouse.gov/presidential-actions/2025/01/granting-pardons-and-commutation-of-sentences-for-certain-offenses-relating-to-the-events-at-or-near-the-united-states-capitol-on-january-6-2021/ [https://perma.cc/W4NT-4K4S].

Page **1** of **2**

United States Capitol" to stop the electoral college certification. *Trump v. Thompson*, 20 F.4th 10, 15 (D.C. Cir. 2021). The dismissal of this case cannot undo the "rampage [that] left multiple people dead, injured more than 140 people, and inflicted millions of dollars in damage." *Id.* It cannot diminish the heroism of law enforcement officers who "struggled, facing serious injury and even death, to control the mob that overwhelmed them." *United States v. Griffin*, 119 F.4th 1001, 1004 (D.C. Cir. 2024). It cannot whitewash the blood, feces, and terror that the mob left in its wake. *Thompson*, 20 F.4th at 19. And it cannot repair the jagged breach in America's sacred tradition of peacefully transitioning power.

In hundreds of cases like this one over the past four years, judges in this district have administered justice without fear or favor. The historical record established by those proceedings must stand, unmoved by political winds, as a testament and as a warning.

For these reasons, it is hereby ORDERED that the case is DISMISSED without prejudice. All scheduled proceedings and deadlines are VACATED.

Date: January 22, 2025

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge