# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 25-3018**                             **September Term, 2024**

1:24-cr-00436-TSC-1

**Filed On:** May 29, 2025

United States of America,

    Appellee

    v.

Mark Christian Wroblewski,

    Appellant

    **BEFORE:**    Henderson, Wilkins, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion to dismiss for lack of jurisdiction, the opposition thereto, and the reply, it is

**ORDERED** that the motion to dismiss be granted. Regardless of whether this case is considered as an appeal or a petition for writ of mandamus, appellant has not shown that he has standing to challenge the district court's without-prejudice dismissal of the underlying case. See United States v. Scantlebury, 921 F.3d 241, 247 (D.C. Cir. 2017) ("[A]s a general matter, a defendant is not injured, and thus lacks standing to challenge a dismissal without prejudice, unless and until he is subsequently convicted."); In re Pub. Emps. for Env't Resp., 957 F.3d 267, 272 (D.C. Cir. 2020) (standing required to pursue mandamus relief).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**